A. L. Randall Company, appellee, v. Neils Buck, appellant. Gen. No. 25,188.

Action on a contract of guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed.' Opinion filed July 7, 1920.

Walter F. Heineman and Clayton W. Mogg, for appellant. Alfred E. Barr and Frank W. Bigelow, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Ernest Drake, appellee, v. Chicago Railways Company, on appeal of Chicago, West Pullman & Southern Railroad Company, appellant. Gen. No. 25,069.

Action to recover damages for injuries sustained by the motorman of a street car struck by a train. Judgment for plaintiff. Appeal from Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920. Rehearing denied July 27, 1920.

Edgar A. Bancroft and David A. Orebaugh, for appellant; Victor A. Remy, of counsel. Charles C. Spencer and Arthur A. House, for appellee; Nathan E. Utt, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Produce Distributors Company, appellee, v. Southern Pacific Company, appellant. Gen. No. 25,135.

Action to recover for deterioration of cantaloupes due to delay in furnishing car. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920.

John A. Sheean, for appellant. Charles A. Butler, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Alfred Peats Company, appellee, v. Nathan Rosenzweig and S. Silverman. Nathan Rosenzweig, appellant. Gen. No. 25,161.

Action on joint contract for merchandise. Action dismissed as to one of defendants; judgment for plaintiff against other. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Hyman Soboroff, for appellant. Maddock & Jaffe, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Joe Sirotek, appellee, v. Pellet Magneto Company, appellant. Gen. No. 25,172.

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with findings of fact. Opinion filed July 7, 1920.

Litzinger, Healy & Reid, for appellant; James J. Finn, of counsel. Gustav E. Beerly and Henry E. Ayers, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.